IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID L. BRENTLINGER,<br><br>    Petitioner,<br><br>  v.<br><br>JAMES WALKER, Warden,<br><br>    Respondent.<br>_____/ | No. C 09-03089 CW (PR)<br><br>ORDER OF DISMISSAL |

On June 15, 2009, Petitioner filed a petition for a writ of habeas corpus in this Court.  See Brentlinger v. Walker, C 09-2635 CW (PR).  On July 8, 2009, Petitioner filed the instant petition, which appears to be an amended petition that should have been filed in his other federal habeas action.  Instead, the Clerk of the Court filed the instant petition as a new habeas action (this action).

The present action was opened in error.  The Court now orders the Clerk of the Court to refile the petition in this action as the amended petition in action C 09-2635 CW (PR).  The Clerk of the Court is also directed to file Petitioner's request for leave to proceed in forma pauperis (docket no. 2) as a document filed in action C 09-3089 CW (PR).

Therefore, this case will be closed as opened in error, and this action is DISMISSED WITHOUT PREJUDICE as duplicative of action C 09-2635 CW (PR). The Court will review Petitioner's claims as well as his IFP application in a separate written Order in action C 09-2635 CW (PR).

The Clerk of the Court shall close the file. No filing fee is due.

IT IS SO ORDERED.

Dated: 8/24/09

CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

DAVID L. BRENTLINGER,

         Plaintiff,

v.

JAMES WALKER et al,

         Defendant.

Case Number: CV09-03089 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 24, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

David L. Brentlinger F-62982
C-7-120
Folsom C.S.P./Sac
P.O. Box 290066
Represa, CA 95671-0066

Dated: August 24, 2009

         Richard W. Wieking, Clerk
         By: Sheilah Cahill, Deputy Clerk

3